UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABRAHAM MORELLI | CIVIL ACTION |
| VERSUS | NO. 21-0788 |
| ST. TAMMANY PARISH JAIL | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.    Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with this Court's Order of May 25, 2021.

New Orleans, Louisiana, this   17th   day of           August          , 2021.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE